## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JOE PASSMORE and NORMA PASSMORE,** § | | |
| **Husband and Wife,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | **CASE NO. CIV-15-604-M** | |
| § | | |
| **STATE FARM FIRE AND CASUALTY** § | | |
| **AND COMPANY** § | | |
| § | | |
| **Defendant.** § | **JURY DEMANDED** | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs, Joe and Norma Passmore, by and through their attorneys of record, and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal Without Prejudice.

The Parties agree to the following terms and conditions of this dismissal, which are binding on all Parties, their heirs and assignees:

Although this stipulation is without prejudice at this time, if Plaintiffs re-file this suit (meaning any suit arising out of the same occurrences or transactions made the basis of Plaintiffs' current suit), against State Farm (or any of its agents or representatives), said suit shall be re-filed in the United States District Court for the Western District of Oklahoma, or else by agreement of the Parties that suit will be subject to immediate dismissal with prejudice. This stipulation is not to be construed as any waiver by State Farm of any applicable statutes of limitations, whether provided by contract or statute or otherwise.

Respectfully submitted,

**JONES, ANDREWS & ORTIZ, P.C.**

By    /s/Benjamin G. Kemble
   David V. Jones, OBA #19611
   Benjamin G. Kemble, OBA #21006
21 E. Main St., Suite 101
Oklahoma City, Oklahoma  73104
Telephone:       (405) 601-8713
Facsimile:        (405) 232-8330

**ATTORNEYS FOR DEFENDANT,
STATE FARM FIRE AND CASUALTY
COMPANY**

**AND**

**MERLIN LAW GROUP**

By:    /s/ Larry Bache (with permission)
   Larry Bache, FBN # 91304
   777 S. Harbour Blvd., 9th Floor
   Tampa, FL 33602
   Telephone: 813/229-1000
   Facsimile: 813/229-3692

By:    /s/ Phillip Sanov (with permission)
   Phillip N. Sanov, TBN # 17635959
   Three Riverway, Suite 701
   Houston, TX 77056
   Telephone: 713/626-8880
   Facsimile: 713-626-8881

**ATTORNEYS FOR PLAINTIFFS,
JOE AND NORMA PASSMORE**